THE LAW OFFICES OF
# COHEN, KUHN & ASSOCIATES
*A Staff Law Office of The Hartford Insurance Group*

*Two Park Avenue – 6th Floor*
*New York, New York 10016*
*(212) 553-8300*
*FAX (212) 553-8721*

*Rachelle D. Cohen*
*Terrence F. Kuhn*
*Gary P. Asher*
*Steven Balson-Cohen*
*Robert E. Biagi*
*Anthony Bianchi*
*Tara A. Bonomo*
*Daniel L. Connors*
*Michael V. DiMartini*
*Roberta E. Doyle*

*Jonathan D. Gorham*
*Thomas C. Herbertson*
*Shahab Katirachi*
*Sung Hee Koh*
*Jeffrey Lewis*
*Scott B. Pero*
*Leonard A. Robusto*
*James V. Sawicki*
*Robert J. Soffientini*
*Robert D. Wilkins*

October 1, 2007

United States District Court
Southern District of New York
United States Courthouse
40 Centre Street, Room 2101
New York, NY 10007
Attn:   Chambers of
        Shirley Wohl Kram, United States District Judge

        Re:   Bolsch v. MW Mechanical, Inc.
             Our File No.: YRV L 06328
             Civil No.: 07 CIV 7680 (SWK)

Dear Honorable Judge Kram:

    This office represents the defendant MW Mechanical, Inc. pending before your Honor. Pursuant to Stipulation between counsel, the answer of the defendant MW Mechanical has been agreed to be extended to October 22, 2007. Enclosed please find a copy of that Stipulation signed by counsel, which we respectfully request be so ordered by the Court at this time.

    This correspondence along with attached Order/Stipulation extending time to answer is being electronically filed with the Court and a courtesy copy is hereby forwarded to the Court by facsimile.

    If there is any further or different procedure with respect to the foregoing that is required, be assured that this office and the undersigned will endeavor to do so immediately.

                                      Respectfully submitted,

                                      Gary P. Asher
                                      (GPA 1188)
                                      (212) 553-8736

GPA/mms
Enc.:
cc:    Law Offices of Michael J. Asta
       450 Seventh Avenue, Suite 2205
       New York, NY 10123 **(via facsimile)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOHN W. BOLSCH and THERESA BOLSCHI,

              Plaintiffs,              ORDER

    - against -                         Civil No: 07 CIV 7680 (SWK)

MW MECHANICAL, INC.,

              Defendant.
-------------------------------------------------------X
SHIRLEY WOHL KRAM, United States District Judge:

    It having been reported to this Court that the time for the defendant, MW MECHANICAL, INC. to answer the plaintiffs' complaint has been stipulated by the attorneys for the respective parties to be extended,

    **IT IS HEREBY ORDERED THAT** that as stipulated by and between the undersigned attorneys for the respective parties that the time for the defendant, MW MECHANICAL, INC. to answer plaintiffs' complaint has been extended October 22, 2007.

Dated: New York, New York
        September 26, 2007

By: Gary P. Asher (GPA 1188)
COHEN, KUHN & ASSOCIATES
Attorneys for Defendant
MW MECHANICAL, INC.
Two Park Avenue, 6th Floor
New York, New York 10016
(212) 553-8736
File No.: CIV L 06328

LAW OFFICES OF MICHAEL J. ASTA (MJA 1035)
Attorneys for Plaintiffs
JOHN W. BOLSCHI and THERESA BOLSCHI
450 Seventh Avenue, Suite 2205
New York, NY 10123
(212) 244-8555

So Ordered:

_____
SHIRLEY WOHL KRAM