COURTESY COPY
ORIGINAL ELECTRONICALLY
FILED
DOCUMENT #: 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JOHN W. BOLSCH and THERESA BOLSCH,

        Plaintiffs,

- against -

MW MECHANICAL, INC.,

        Defendant.
----------------------------------------X

ORDER

Civil No: 07 CIV 7680 (SWK)

**RECEIVED**
OCT 02 2007
JUDGE S. W. KRAM
CHAMBERS

SHIRLEY WOHL KRAM, United States District Judge:

It having been reported to this Court that the time for the defendant, MW MECHANICAL, INC. to answer the plaintiffs' complaint has been stipulated by the attorneys for the respective parties to be extended,

IT IS HEREBY ORDERED THAT that as stipulated by and between the undersigned attorneys for the respective parties that the time for the defendant MW MECHANICAL, INC. to answer plaintiffs' complaint has been extended October 22, 2007.

Dated: New York, New York
      September 26, 2007

By: Gary Fisher (GFA 1128)
COHEN, ___ & ASSOCIATES
Attorneys for Defendant
MW MECHANICAL, INC.
Two Park Avenue, 5th Floor
New York, New York 10016
(212) 553-8700
File No.: ___ / L 06328

LAW OFFICES OF MICHAEL J. ASTA (MJA 1025)
Attorneys for Plaintiffs
JOHN W. BOLSCH and THERESA BOLSCHI
450 Seventh Avenue, Suite 2205
New York, NY 10123
(212) 244-4555

So Ordered:

SHIRLEY WOHL KRAM
10/3/07