UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN W. BOLSCH and THERESA
BOLSCH,

                    **FRCP RULE 7.1 STATEMENT**

         Plaintiffs,          Civil No: 07 CIV 7680 (RPP)

    - against -

MW MECHANICAL, INC.,

         Defendant.
------------------------------------------------------------------X

**C O U N S E L O R S :**

    **PLEASE TAKE NOTICE**, that pursuant to the Federal Rules of Civil Procedure 7.1 which enables judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendant MW MECHANICAL, INC. certifies the following:

    1)    That there are no parent corporations in connection with this answering defendant;

    2)    That the answering defendant's stock is not publicly traded;

    3)    That as a consequence there are no publicly held corporations that own 10% or more of its stock.

    **PLEASE TAKE FURTHER NOTICE,** that pursuant to Federal Rule of Civil Procedure 7.1 (b) (2) that any supplemental statement that becomes necessary will be promptly filed.

Dated: New York, New York
         October 18, 2007

                                        By: Gary P. Asher (GPA 1188)
                                        COHEN, KUHN & ASSOCIATES

                                            Attorneys for Defendant
                                            MW MECHANICAL, INC.
                                            Two Park Avenue, 6th Floor
                                            New York, New York 10016
                                            (212) 553-8736

TO:    LAW OFFICES OF MICHAEL J. ASTA
        (MJA 1035)
        Attorneys for Plaintiffs
        JOHN W. BOLSCH and THERESA BOLSCH
        450 Seventh Avenue, Suite 2205
        New York, NY 10123
        (212) 244-6555