UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN W. BOLSCH and THERESA
BOLSCH,

                Plaintiffs,

     - against -

MW MECHANICAL, INC.,

                Defendant.
-----------------------------------------------------------------X

**DEMAND FOR JURY PURSUANT TO FRCP RULE 38(b)**

Civil No: 07 CIV 7680 (RPP)

**C O U N S E L O R S:**

     **PLEASE TAKE NOTICE**, that pursuant to the Federal Rules of Civil Procedure 38(b) that the undersigned, COHEN, KUHN & ASSOCIATES, attorneys for defendant, MW MECHANICAL, INC., demands a trial by jury of all issues in the above-entitled action.

Dated: New York, New York
       October 18, 2007

                              By: Gary P. Asher (GPA 1188)
                              COHEN, KUHN & ASSOCIATES
                              Attorneys for Defendant
                              MW MECHANICAL, INC.
                              Two Park Avenue, 6th Floor
                              New York, New York 10016
                              (212) 553-8736

TO:    LAW OFFICES OF MICHAEL J. ASTA
        (MJA 1035)
        Attorneys for Plaintiffs
        JOHN W. BOLSCH and THERESA BOLSCH
        450 Seventh Avenue, Suite 2205
        New York, NY 10123
        (212) 244-6555

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) SS:
COUNTY OF NEW YORK    )

**MARIE SOUFFRANT-SANTIAGO**, being duly sworn, deposes and says that she is employed in the law office of COHEN, KUHN & ASSOCIATES at Two Park Avenue, 6th Floor, New York, NY 10016, that on the 18th day of October, 2007, deponent, who is not a party to this action and is over eighteen years of age, served the annexed – **DEMAND FOR JURY PURSUANT TO RULE FRCP 38(b)** - upon:

> LAW OFFICES OF MICHAEL J. ASTA
> (MJA 1035)
> Attorneys for Plaintiffs
> JOHN W. BOLSCH and THERESA BOLSCH
> 450 Seventh Avenue, Suite 2205
> New York, NY 10123
> (212) 244-6555

in this action, by depositing a true copy thereof properly and securely endorsed in a duly postpaid wrapper, in a post-office box in the County of New York, New York regularly maintained by the government of the United States at Two Park Avenue, 6th Floor, New York, NY 10016 and under the care of the New York, New York Post-office, which is the post-office of COHEN, KUHN & ASSOCIATES, attorneys for the defendant, **MW MECHANICAL, INC.**, herein directed to the addresses shown above, that being the addresses within the State designated by said attorneys for that purpose upon the last preceding papers in this action.

_____
MARIE SOUFFRANT-SANTIAGO

Sworn to before me this
18th day of October, 2007
_____
NOTARY PUBLIC

MARILYN RAFALOWITZ
Notary Public, State of New York
No. 41-4980251
Qualified in Queens County
Commission Expires April 15, 2011