MEMO ENDORSE

## THE LAW OFFICES OF
# COHEN, KUHN & ASSOCIATES

*A Staff Law Office of The Hartford Insurance Group*

*Rachelle D. Cohen*
*Terrence F. Kuhn*
*Gary P. Asher*
*Steven Bolson-Cohen*
*Robert E. Biagi*
*Anthony Bianchi*
*Tara A. Bonomo*
*Daniel L. Connors*
*Michael V. DiMartini*
*Roberta E. Doyle*

*Two Park Avenue – 6th Floor*
*New York, New York 10016*
*(212) 553-8300*
*FAX (212) 553-8721*

*Jonathan D. Gorham*
*Thomas C. Herbertson*
*Shahab Katirachi*
*Sung Hee Koh*
*Jeffrey Lewis*
*Scott B. Pero*
*Leonard A. Robusto*
*James V. Sawicki*
*Robert J. Soffientini*
*Robert D. Wilkins*

October 31, 2007

RECEIVE

OCT 3 1 2007

CHAMBERS OF
JUDGE ROBERT P. PATTERSON

**By Fax Only 212-805-7917**
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 24A
New York, NY 10007
Attn: Chambers of
Robert P. Patterson, United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-1-07

Re:   Bolsch v. MW Mechanical, Inc.
      Our File No.: YRV L 06328
      Civil No.: 07 CIV 7680 (RPP)

Honorable Judge Robert P. Patterson:

Please accept this letter as a request for an adjournment of the Initial Case Management Conference, notice of which was received in our office today, October 31st, 2007. I am the handling attorney of this matter assigned to this case and this office represents, defendant MW Mechanical . The date of November 7th conflicts with a previously scheduled matter that I must personally attend to and, as such I am not scheduled to be in the office on Wednesday, November 7th in order to attend the conference.

In view of the foregoing, I respectfully request that the Initial Case Management Conference be adjourned to November 21st at 9:30 A.M. or any date that is convenient for the Court and the Plaintiff's attorney. This is our office's first request for an adjournment of a scheduled court appearance.

Thank you for your attention to this matter.

Respectfully submitted,

*[signature]*
Gary P. Asher, Esq.
(GPA 1188)

*application granted*
*so ordered*
*Robert P. Patterson*
*USDJ*
*11/1/07*

GPA/ag
Cc: Attorney Michael J. Asta by Fax and Regular Mail

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_John Bolsch_

                    Plaintiff(s),                    CALENDAR NOTICE

                -against -                           07 cv 7680 (RPP)

_MW Mechanical, Inc._

                    Defendant(s)

_____x

   PLEASE TAKE NOTICE THAT A CASE MANAGEMENT CONFERENCE IN THE
ABOVE CAPTIONED ACTION HAS BEEN SCHEDULED FOR _WEDNESDAY NOV. 7, 2007_
AT _9:30 A.M._, BEFORE THE HONORABLE ROBERT P. PATTERSON, JR.,
UNITED STATES DISTRICT COURT JUDGE IN COURTROOM 24A.
   ALL REQUESTS FOR CONFERENCE ADJOURNMENTS MUST BE IN WRITTEN
FORM NO LESS THAN 48 HOURS PRIOR TO THE CONFERENCE DATE. NO
REQUESTS WILL BE ENTERTAINED BY TELEPHONE.

   Please advise all parties by telephone and in writing of the
scheduled conference, and forward a copy of your notification
letter to Chambers. Failure to appear at the conference by the
Plaintiff may result in dismissal of the action for lack of
prosecution. Failure to appear by the Defendant(s) may result in
a default judgment.

   ALL COUNSEL MUST APPEAR AT THE SCHEDULED CONFERENCE.

Dated: New York, New York
       _10/24/07_

                              MICHAEL J. McMAHON
                              CLERK OF COURT
                         By: _Robert Monteagudo_
                              Robert Monteagudo
                              Courtroom Deputy to
                         Hon. Robert P. Patterson, Jr.
                              (212) 805-0115

cc: _Michael Ketta_
    _Gary Asher_