UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bolach

Plaintiff(s)

-against-

M-W Mechanical, Inc.

Defendant(s)

07 CV 7680 (RPP)

SCHEDULING ORDER

PATTERSON, D.J.

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: ____ Yes  ____ No.

3. Amend the pleadings by _____.

4. Medical Authorizations by 12/21/07.

5. Rule 26 compliance by 11/21/07.

6. Experts' reports to be served by _____.

7. Experts' depositions to be completed by _____.

8. All discovery to be completed by 3/31/08.

9. Dispositive motions by _____, Answer by _____, Reply by _____.

10. Pretrial order to be filed by 5/9/08.

11. Settlement conference with parties & counsel to be held on _____ at _____.

12. Pretrial conference is scheduled for _____ at _____.

13. Trial date is scheduled for 5/19/08 at 9:30 AM.

Dated: New York, New York

11/27/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07

SO ORDERED.

ROBERT P. PATTERSON, JR.
U.S.D.J.