THE LAW OFFICES OF
## COHEN, KUHN & ASSOCIATES

*A Staff Law Office of The Hartford Insurance Group*

Two Park Avenue – 6th Floor
New York, New York 10016
(212) 553-8300
FAX (212) 553-8721

Rachelle D. Cohen
Terrence F. Kuhn
Gary P. Asher
Steven Balson-Cohen
Robert E. Biagi
Anthony Bianchi
Tara A. Bonomo
Daniel L. Connors
Michael V. DiMartini
Roberta E. Doyle

Jonathan D. Gorham
C. Herbertson
Shahab Katirachi
Sung Hee Koh
Jeffrey Lewis
Scott B. Pero
Leonard A. Robusto
James V. Sawicki
Robert J. Suffientini
Robert D. Wilkins

December 20, 2007

<u>By Fax Only 212-805-7917</u>
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 24A
New York, NY 10007
Attn:   Chambers of
        Robert P. Patterson, United States District Judge

## MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07

Re:   Bolsch v. MW Mechanical, Inc.
      Our File No.: YRV L 06328
      Civil No.: 07 CIV 7680 (RPP)

Honorable Judge Robert P. Patterson:

   Please accept this letter as a request for an amendment to the Scheduling Order of November 27th from the Initial Case Management Conference due to the following inadvertent clerical error regarding permission to commence Third Party Action.

   When Counsel appeared before Your Honor on November 21st, as defense counsel for MW Mechanical Inc., I specifically requested permission to commence a Third Party action by December 31st and this permission was granted from the bench and my notes so reflect.

   Upon receiving a copy of the Scheduling Order due to apparent inadvertent clerical error the permission to commence a Third Party action under "Amended Pleadings" was left blank so that the Clerk of the Court would not accept the Third Party pleadings for filing.

   Please accept this letter as a request to include permission for MW Mechanical to commence a third party action on or before January 15th, 2008. I have conferred with Plaintiff's counsel who consents to this application by letter.

   Thank you for your attention to this matter.

*Application granted
So ordered
[signed] Robert P. Patterson
USDJ
12/20/07*

Respectfully submitted,

Gary P. Asher, Esq.
(GPA 1188)

GPA/ag
Cc: Attorney Michael J. Asta by Fax and Regular Mail


SO ORDERED: PERMISSION FOR DEFENDANT M.W. MECHANICAL TO COMMENCE A THIRD PARTY ACTION BY JANUARY 15TH, 2008 IS HEREBY GRANTED

_____
Robert P. Patterson, USDC Judge