UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN W. BOLSCH and THERESA
BOLSCH,

                Plaintiffs,

- against -

MW MECHANICAL, INC.,

                Defendant.
------------------------------------------------------------X
MW MECHANICAL, INC.,

                Defendant/Third-Party Plaintiff,

-against-

HINES INTERESTS LIMITED PARTNERSHIP
and 140 BW LLC,

                Third-Party Defendants.
------------------------------------------------------------X

**THIRD-PARTY SUMMONS IN A CIVIL ACTION**

Civil No: 07 CIV 7680 (RPP)

TO:    HINES INTERESTS LIMITED PARTNERSHIP,
        140 Broadway, 21st Floor
        New York, NY 10005

        140 BW LLC
        140 Broadway
        New York, NY 10005

        **YOU ARE HEREBY SUMMONED** and required to serve on

Plaintiff's Attorney:

LAW OFFICES OF MICHAEL J. ASTA
(MJA 1035)
JOHN W. BOLSCH and THERESA BOLSCH
450 Seventh Avenue, Suite 2205
New York, NY 10123
(212) 244-6555

Defendant and Third Party Plaintiff's Attorney:
COHEN, KUHN & ASSOCIATES
(GPA 1188)
MW MECHANICAL, INC.
Two Park Avenue, 6th Floor
New York, NY 10016
(212)553-8300

an answer to the third-party complaint which is served on you with this summons, within twenty (20) days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded din the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) of the Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in 14(c) of the Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of the plaintiff as well as to the claim of the third-party plaintiff. Any answerer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                    JAN 0 3 2008

CLERK                                     DATE

_____
(By) DEPUTY CLERK

# RETURN OF SERVICE

| | (1) | DATE | |
|---|---|---|---|
| Service of the Summons and complaint was made by me | | | JANUARY 3, 2008 |
| NAME OF SERVER (PRINT) | RENAN P. MOGOLLON | TITLE | PROCESS SERVER/INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
**140 BW LLC – 140 Broadway, 21ˢᵗ Floor, Room 2140, New York, NY 10005**

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person pf suitable age and discretion than residing therein.
Name of person with whom the summons and complaint were left: **ANGELA PERKINS**
**Management Assistant (Hines Interests)**

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 9, 2008
              Date

Signature of Server  RENAN P. MOGOLLON

SELDEN, NEW YORK
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE JANUARY 3, 2008 |
| NAME OF SERVER (PRINT)  RENAN P. MOGOLLON | TITLE  PROCESS SERVER/INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
**Hines Interests Limited Partnership**
**140 Broadway, 21st Floor, Room 2140, New York, NY 10005**

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person pf suitable age and discretion than residing therein.

   Name of person with whom the summons and complaint were left: **ANGELA PERKINS**
   **Management Assistant (Hines Interests)**

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 9, 2008
                   Date

Signature of Server   RENAN P. MOGOLLON

                                             SELDEN, NEW YORK
                                             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure