

# HOEY, KING, TOKER & EPSTEIN

55 Water Street • 29th Floor
New York, New York 10041
(212) 612-4200
FAX (212) 612-4284

Not a Partnership or Professional Corporation

PATRICK T. HOEY
HAROLD KENNETH KING, JR.
LEONARD TOKER
RHONDA L. EPSTEIN
RICHARD C. PREZIOSO
DAVID S. KASDAN
CHRISTINE M. ARCIOLD
DAVID P. FEEHAN

GREGORY WALTHALL
GLEN H. PARKER

ANGELA P. PENSABENE
JEFFREY D. GREENBERG
PAUL A. TUMBLESON
EDGAR MATOS
REGINE DELY-LAZARD
JENNIFER L. BUDNER
DANIELLE M. DANDRIGE
LAUREN S. YANG

## MEMO ENDORSED

January 29, 2008

**VIA FACSIMILE**

Hon. Robert P. Peterson,
Southern District Of New York
United States District Court
500 Pearl Street, Room 24A
New York, New York  10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/08

Re: **Bolsch v. MW Mechanical v. Hines Interests Limited Partnership and 140 BW LLC**
Our File Number: 74988079
Date of Loss:    05/31/2006
Index Number:   07 CIV 7680 (RPP)

Dear Hon. Robert P. Peterson:

Please be advised that we will be representing the Third-Party Defendants, Hines Interests Limited Partnership and 140 BW LLC, in this action. Upon consent by Gary Asher of Cohen, Kuhn & Associates' office, counsel for Third-Party Plaintiff, we are respectfully requesting an extension of time until February 12, 2008 to serve and file our Third-Party Answer.

Very truly yours,

Edgar Matos

So ordered
R.P. Patterson
USDJ
1/29/08

EM/vn
cc: all counsel