UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
JOHN W. BOLSCH AND THERESA BOLSCH,

        Plaintiff(s),

v.

MW MECHANICAL, INC.,

        Defendant(s).
------------------------------------------------------------------x
------------------------------------------------------------------x
MW MECHANICAL, INC.,

        Defendant/Third Party Plaintiff

v.

HINES INTERESTS LIMITED PARTNERSHIP AND 140 BW LLC,

        Third Party Defendants
------------------------------------------------------------------x

07 CIV 7680

**FEDERAL RULE 7.1 DISCLOSURE STATEMENT**

    Pursuant to Federal Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Third Party Defendants, Hines Interests Limited Partnership, certifies that the following are parent corporations or publicly held corporations that own 10% or more of its stock: NONE.

DATED: February 13, 2008
        Uniondale, New York

                                PEREZ & VARVARO
                                Attorneys for Third Party Defendants,
                                **Hines Interests Limited Partnership**
                                333 Earle Ovington Boulevard
                                P.O. Box 9372
                                Uniondale, New York 11553-3644
                                (516) 745-8310

                                By: _____
                                Joseph Varvaro (4224)

TO:

Law Offices of Michael J. Asta
Attorneys for Plaintiffs
450 Seventh Avenue, Suite 2205
New York, New York 10123
(212) 244-6555

Cohen, Kuhn & Associates
Attorneys for Defendant/Third Party Plaintiff,
MW Mechanical, Inc.
Two Park Avenue, 6th Floor
New York, New York 10016-5602
(212) 553-8736

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x    Index No.:  07 CIV
JOHN W. BOLSCH AND THERESA BOLSCH,           7680

                Plaintiff(s),

        v.                                   AFFIDAVIT OF SERVICE

MW MECHANICAL, INC.,

                Defendant(s).
---------------------------------------x
---------------------------------------x    Index No.:
MW MECHANICAL, INC.,

                Defendant/Third Party
                Plaintiff

        v.

HINES INTERESTS LIMITED PARTNERSHIP AND
140 BW LLC,

                Third Party Defendants
---------------------------------------x
STATE OF NEW YORK  )
                    ss.:
COUNTY OF NASSAU   )
```

Jeanne McEntyre, being duly sworn, deposes and says: That I am over the age of eighteen years and not a party to this action. That on February 13, 2008, I served upon:

| | |
|---|---|
| Law Offices of Michael J. Asta<br>Michael J. Asta, Esq.<br>Attorneys for Plaintiffs<br>450 Seventh Avenue, Suite 2205<br>New York, New York 10123 | Cohen, Kuhn & Associates<br>Gary P. Asher, Esq.<br>Attorneys for Defendant/Third Party Plaintiff<br>MW Mechanical, Inc.,<br>Two Park Avenue, 6th Floor<br>New York, New York 10016-5602 |

a true copy of the annexed **FEDERAL RULE 7.1 DISCLOSURE STATEMENT** by depositing it endorsed in a postpaid properly addressed

wrapper, in a post office or, official depository under the exclusive care and custody of the United States Postal Service within the State of New York, at the address designated by him or her upon the last paper served by him or her in the action.

                                             _____
                                             Jeanne McEntyre

Sworn and subscribed
before me on February 13, 2008

_____
Notary Public

JOSEPH VARVARO
Notary Public, State of New York
No. 02VA5051206
Qualified in Nassau County
Commission Expires 10/30/09

Index No.:  07 CIV 7680

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────
JOHN W. BOLSCH AND THERESA BOLSCH,

        Plaintiff(s),

  -against-

MW MECHANICAL, INC.,

        Defendant(s).
───────────────────────────────────────────


REDERAL RULE 7.1 DISCLOSURE STATEMENT
───────────────────────────────────────────


PEREZ & VARVARO
Attorneys for Third Party Defendants
**Hines Interests Limited Partnership and 140 BW LLC**
Office and Post Office Address
333 Earle Ovington Boulevard
P.O. Box 9372
Uniondale, New York 11553-3644
(516) 745-8310