UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN W. BOLSCH and THERESA
BOLSCH,

                      Plaintiffs,

        - against -

MW MECHANICAL, INC.,

                      Defendant.
------------------------------------------------------------------X
MW MECHANICAL, INC.,

        Defendant/Third-Party Plaintiff,

-against-

HINES INTERESTS LIMITED PARTNERSHIP
and 140 BW LLC,

        Third-Party Defendants.
------------------------------------------------------------------X

**ANSWER TO THIRD-PARTY DEFENDANTS' COUNTERCLAIM**

Civil No: 07 CIV 7680 (RPP)

<u>Trial by Jury Demanded</u>

**C O U N S E L O R S :**

    Defendant and Third-Party Plaintiff, MW MECHANICAL, INC., by its attorneys, COHEN, KUHN & ASSOCIATES, answering the counterclaim of third-party defendants, HINES INTERESTS LIMITED PARTNERSHIP and 140 BW LLC, herein, respectfully alleges upon information and belief:

    1.    Denies each and every allegation in the first counterclaim paragraph **"62"** of the answer of third-party defendants, HINES INTERESTS LIMITED PARTNERSHIP and 140 BW LLC.

2.   Denies each and every allegation in the second counterclaim paragraph "**63**" of the answer of third-party defendants, HINES INTERESTS LIMITED PARTNERSHIP and 140 BW LLC.

**WHEREFORE**, defendant, MW MECHANICAL, INC., demands judgment dismissing the third-party defendants' counterclaim against it, together with the costs and disbursements of this action, with such other, further and different relief as this Court may deem just and proper.

Dated: New York, New York
       February 14, 2008

By: Gary P. Asher (GPA 1188)
COHEN, KUHN & ASSOCIATES
Attorneys for Defendant
MW MECHANICAL, INC.
Two Park Avenue, 6th Floor
New York, New York 10016
(212) 553-8736

TO:   PEREZ & VARVARO
      By: Joseph Varvaro (4224)
      Attorneys for Third-Party Defendants
      HINES INTEREST LIMITED PARTNERSHIP,
      and 140 BW LLC
      333 Earle Ovington Boulevard
      P.O. Box 9372
      Uniondale, NY 11553-3644
      (516) 745-8310

      LAW OFFICES OF MICHAEL J. ASTA
      (MJA 1035)
      Attorneys for Plaintiffs
      JOHN W. BOLSCH and THERESA BOLSCH
      450 Seventh Avenue, Suite 2205
      New York, NY 10123
      (212) 244-6555

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) SS:
COUNTY OF NEW YORK    )

MARIE SOUFFRANT-SANTIAGO, being duly sworn, deposes and says that she is employed in the law office of COHEN, KUHN & ASSOCIATES at Two Park Avenue, 6th Floor, New York, NY 10016, that on the 19th day of February, 2008, deponent, who is not a party to this action and is over eighteen years of age, served the annexed – ANSWER TO THIRD-PARTY DEFENDANTS' COUNTERCLAIM - upon:

PEREZ & VARVARO              Attorneys for Third-Party Defendants
By: Joseph Varvaro (4224)    HINES INTEREST LIMITED PARTNERSHIP,
                                             and 140 BW LLC
                                             333 Earle Ovington Boulevard
                                             P.O. Box 9372
                                             Uniondale, NY 11553-3644
                                             (516) 745-8310

LAW OFFICES OF MICHAEL J. ASTA -(MJA 1035)
                                             Attorneys for Plaintiffs
                                             JOHN W. BOLSCH and THERESA BOLSCH
                                             450 Seventh Avenue, Suite 2205
                                             New York, NY 10123
                                             (212) 244-6555

in this action, by depositing a true copy thereof properly and securely endorsed in a duly postpaid wrapper, in a post-office box in the County of New York, New York regularly maintained by the government of the United States at Two Park Avenue, 6th Floor, New York, NY 10016 and under the care of the New York, New York Post-office, which is the post-office of COHEN, KUHN & ASSOCIATES, attorneys for the defendant, MW MECHANICAL, INC., herein directed to the addresses shown above, that being the addresses within the State designated by said attorneys for that purpose upon the last preceding papers in this action.

_____
MARIE SOUFFRANT-SANTIAGO

Sworn to before me this
19th day of February, 2008
_____
NOTARY PUBLIC