```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x    Case No.:  07 CIV 7680
JOHN W. BOLSCH AND THERESA BOLSCH,

            Plaintiff(s),
                                         VERIFIED ANSWER TO
        v.                               AMENDED COMPLAINT

MW MECHANICAL, INC., HINES INTERESTS
LIMITED PARTNERNERSHIP and 140 BW LLC,

            Defendant(s).
------------------------------------x
------------------------------------x
MW MECHANICAL, INC.,

            Defendant/Third Party
            Plaintiff

        v.

HINES INTERESTS LIMITED PARTNERSHIP AND
140 BW LLC,

            Third Party Defendants
------------------------------------x
```

Defendants, Hines Interests Limited Partnership and 140 BW LLC, by their attorneys, PEREZ & VARVARO, answer the Amended Complaint of the Plaintiffs by stating as follows:

1. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs "1", "2", "3", "4", "5", "6", "7", *8", "9", "10", "12", "13", "14", "15", "17", "18", "19", "20", "21", "22", "23", "24", "25", "26", "27", "28", "29", "30", "31", "32", "33", "34", "35", "36", "37", "38", "39", "40", "41",

"42", "43", "44", "45", "46", "47", "48", "49", "50", "51", "86", "87" and "108".

2. Deny, upon information and belief, the allegations of paragraphs "52"", "53", "54", "55", "56", "57", "58", "59", "60", "61", "62", "63", "64", "65", "66", "67", "68", "69", "70", "71", "72", "73", "74", "75", "76", "77", "78", "79", "80", "81", "82", "83", "84", "85", "88", "89", "91", "92", "93", "94", "95", "96", "97", "98", "99", "100", "101", "103", "104", "105", "106", "109", and "110".

3. Respond to paragraph "90", "102" and "107" of the Amended Complaint by repeating, reiterating, and realleging all responses given to the paragraphs referred to therein with the same force and effect as if herein set forth at length.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE THESE ANSWERING DEFENDANTS ALLEGE AS FOLLOWS:

4. The injuries alleged to have been suffered by the Plaintiffs were caused, in whole or part, by the conduct of Plaintiffs. Plaintiffs' claims therefore are barred or diminished in the proportion that such culpable conduct of Plaintiffs bears to the total culpable conduct causing the damages.

AS AND FOR A SECOND AFFIRMATIVE DEFENSE
THESE ANSWERING DEFENDANTS ALLEGE AS
FOLLOWS:

5. That this Court has not acquired personal jurisdiction over the person of these answering Defendants due to improper service.

AS AND FOR A THIRD AFFIRMATIVE DEFENSE THESE
ANSWERING DEFENDANTS ALLEGE AS FOLLOWS:

6. The Court does not have jurisdiction pursuant to CPLR 302 over these Defendants.

AS AND FOR A FOURTH AFFIRMATIVE DEFENSE
THESE ANSWERING DEFENDANTS ALLEGE AS
FOLLOWS:

7. Pursuant to CPLR Article 16, the liability of these Defendants to the Plaintiffs for non-economic loss shall not exceed the equitable share of these Defendants determined in accordance with the relative culpability of each person/party causing or contributing to the total liability for non-economic loss.

AS AND FOR A FIFTH AFFIRMATIVE DEFENSE THESE
ANSWERING DEFENDANTS ALLEGE AS FOLLOWS:

8. Upon information and belief the causes of action alleged in the Amended Complaint of the Plaintiffs fail to properly state, specify or allege a cause of action on which relief can be granted as a matter of law.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE THESE ANSWERING DEFENDANTS ALLEGE AS FOLLOWS:

9. That recovery, if any, on the Amended Complaint of the Plaintiffs shall be reduced by the amounts paid or reimbursed by collateral sources in accordance with CPLR 4545(c).

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE THESE ANSWERING DEFENDANTS ALLEGE AS FOLLOWS:

10. That if it is determined that these answering Defendants are responsible for the acts alleged in the Amended Complaint then Plaintiffs failed to take appropriate action to mitigate any damages.

## AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE THESE ANSWERING DEFENDANTS ALLEGE AS FOLLOWS:

11. The injuries and damages alleged in the Amended Complaint of the Plaintiffs were caused or contributed to by Plaintiffs' culpable conduct in assuming the risk under the conditions and circumstances existing.

WHEREFORE, these Defendants demand judgment dismissing the Complaint, together with costs and disbursements, and in the event any judgment or settlement is recovered herein against these Defendants, then these Defendants further demand that such judgment be reduced by the amount which is proportionate to the degree of culpability of any plaintiff, and these Defendants further demand judgment

against each other party on the respective cross-claims and/or counterclaims.

DATED: March 13, 2008
       Uniondale, New York

                                    Yours, etc.,

                                    **PEREZ & VARVARO**
                                    Attorneys for Defendants
                                    **HINES INTERESTS LIMITED**
                                    **PARTNERSHIP AND 140 BW LLC**
                                    Office and Post Office Address
                                    333 Earle Ovington Boulevard
                                    P.O. Box 9372
                                    Uniondale, New York 11553-3644
                                    (516) 745-8310

                                    By: _____
                                          Joseph Varvaro (4224)

To:

Law Offices of Michael J. Asta
Attorneys for Plaintiffs
450 Seventh Avenue, Suite 2205
New York, New York 10123

Cohen, Kuhn & Associates
Attorneys for Defendant/
Third Party Plaintiff
MW Mechanical, Inc.
Two Park Avenue, 6th Floor
New York, New York 10016-5602

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------x    Case No.:  07 CIV
JOHN W. BOLSCH AND THERESA BOLSCH,         7680

                Plaintiff(s),

           v.

MW MECHANICAL, INC., HINES INTERESTS
LIMITED PARTNERNERSHIP and 140 BW LLC,


                Defendant(s).
--------------------------------------x
--------------------------------------x    Index No.:
MW MECHANICAL, INC.,

                Defendant/Third Party
                Plaintiff

           v.

HINES INTERESTS LIMITED PARTNERSHIP AND
140 BW LLC,

                Third Party Defendants
--------------------------------------x
```

Joseph Varvaro, an attorney duly admitted to practice law before the Courts of New York State, hereby affirms under the penalties of perjury pursuant to CPLR 2106:

I am a member of the firm of PEREZ & VARVARO, attorneys for the Defendants, Hines Interests Limited Partnership and 140 BW LLC.

I submit the following statement upon information and belief, based upon an inspection of the records maintained by this office, which records I believe to be true.

That I have read the contents of the attached UNVERIFIED AMENDED ANSWER TO AMENDED COMPLAINT for Defendants Hines Interests Limited Partnership and 140 BW LLC and believe it to be true based on information available or maintained by this firm. I make this verification because these Defendants is either a foreign corporation or is not located in Nassau County.

DATED: March 13, 2008
      Uniondale, New York

_____
Joseph Varvaro

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x    Case No.:  07 CIV
JOHN W. BOLSCH AND THERESA BOLSCH,       7680

                Plaintiff(s),

        v.                               AFFIDAVIT OF SERVICE

MW MECHANICAL, INC., HINES INTERESTS
LIMITED PARTNERNERSHIP and 140 BW LLC,


                Defendant(s).
------------------------------------x
------------------------------------x
MW MECHANICAL, INC.,

                Defendant/Third Party
                Plaintiff

        v.

HINES INTERESTS LIMITED PARTNERSHIP AND
140 BW LLC,

                Third Party Defendants
------------------------------------x
```

STATE OF NEW YORK   )
                    ss.:
COUNTY OF NASSAU    )

   Jeanne McEntyre, being duly sworn, deposes and says: That I am over the age of eighteen years (18) and not a party to this action. That on March 14, 2008, I served upon:

Law Offices of Michael J. Asta
Attorneys for Plaintiffs
450 Seventh Avenue, Suite 2205
New York, New York 10123

Cohen, Kuhn & Associates
Attorneys for Defendant/
Third Party Plaintiff
MW Mechanical, Inc.

Two Park Avenue, 6th Floor
New York, New York 10016-5602

A true copy of the annexed **VERIFIED AMENDED ANSWER TO AMENDED COMPLAINT** by depositing it endorsed in a postpaid properly addressed wrapper, in a post office or, official depository under the exclusive care and custody of the United States Postal Service within the State of New York, at the address designated by him or her upon the last paper served by him or her in the action.

_____
Jeanne McEntyre

Sworn and subscribed
Before me on March 14, 2008

_____
Notary Public

JOSEPH VARVARO
Notary Public, State of New York
No. 02VA6051206
Qualified in Nassau County
Commission Expires 10/30/09

Case No.:  07 CIV 7680

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN W. BOLSCH AND THERESA BOLSCH,

       Plaintiff(s),

  -against-

MW MECHANICAL, INC.,

       Defendant(s).

---

**VERIFIED AMENDED ANSWER TO AMENDED COMPLAINT**

---

PEREZ & VARVARO
Attorneys for Third Party Defendants
**Hines Interests Limited Partnership and 140 BW LLC**
Office and Post Office Address
333 Earle Ovington Boulevard
P.O. Box 9372
Uniondale, New York 11553-3644
(516) 745-8310