UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bolsch

**Plaintiff(s)**

-against-

MW Mechanical, Inc + Hines
Interests Ltd Partnership + 1408W LLC

**Defendant(s)**

07 CV 7680 (RPP)

**SCHEDULING ORDER**

PATTERSON, D.J.

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: ____ Yes _____ No   Sept. 08

3. Amend the pleadings by  30 days - 4/17/08

4. Medical Authorizations by  4/17/08 .

5. Rule 26 compliance by  4/17/08 .

6. Experts' reports to be served by  7/30/08 .

7. Experts' depositions to be completed by  8/30/08 .

8. All discovery to be completed by  8/30/08 .

9. Dispositive motions by  10/3/08 , Answer by _____, Reply by _____.

10. Pretrial order to be filed by  10/3/08 .

11. Settlement conference with parties & counsel to be held on _____ at _____.

12. Pretrial conference is scheduled for _____ at _____.

13. Trial date is scheduled for  10/20/08  at  9:30 .

Dated: New York, New York

3/17/08

SO ORDERED.

_____
ROBERT P. PATTERSON, JR.
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: