UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN W. BOLSCH and THERESA
BOLSCH,

                         Plaintiffs,

        - against -

MW MECHANICAL, INC., HINES INTERESTS
LIMITED PARTNERSHIP and 140 BW LLC,

                      Defendants.
------------------------------------------------------------X
MW MECHANICAL, INC.,

             Defendant/Third-Party Plaintiff,

-against-

HINES INTERESTS LIMITED PARTNERSHIP
and 140 BW LLC,

             Third-Party Defendants.
------------------------------------------------------------X

**ANSWER TO DEFENDANTS'
CROSS-CLAIMS**

Civil No: 07 CIV 7680 (RPP)

**<u>Trial by Jury Demanded</u>**

**C O U N S E L O R S :**

      Defendant/Third-Party Plaintiff, MW MECHANICAL, INC., by its attorneys,

COHEN, KUHN & ASSOCIATES, answering the cross-claims of defendants, HINES

INTERESTS LIMITED PARTNERSHIP and 140 BW LLC, herein, respectfully alleges

upon information and belief:

**AS AND FOR A CROSS-CLAIM FOR CONTRIBUTION
<u>AGAINST MW MECHANICAL, INC.</u>**

      1.      Denies each and every allegation in the cross-claim paragraph **"12"** of the

answer of defendants, HINES INTERESTS LIMITED PARTNERSHIP and 140 BW

LLC.

## AS AND FOR A CROSS-CLAIM FOR COMMON LAW INDEMNITY AGAINST: MW MECHANICAL, INC.

2.      Denies each and every allegation in the cross-claim paragraph **"13"** of the answer of defendants, HINES INTERESTS LIMITED PARTNERSHIP and 140 BW LLC.

## AS AND FOR A CROSS-CLAIM FOR CONTRACTUAL INDEMNITY AGAINST: MW MECHANICAL, INC.

3.      Denies each and every allegation in the cross-claim paragraphs **"14"**, **"15"** **and "16"** of the answer of defendants, HINES INTERESTS LIMITED PARTNERSHIP and 140 BW LLC.

## AS AND FOR A CROSS-CLAIM FOR BREACH OF CONTRACT FOR FAILURE TO NAME ON INSURANCE POLICY AGAINST AGAINST: MW MECHANICAL, INC.

4.      Denies each and every allegation in the cross-claim paragraphs **"17"**, **"18"**, **"19" and "20"** of the answer of defendants, HINES INTERESTS LIMITED PARTNERSHIP and 140 BW LLC.

**WHEREFORE**, defendant, MW MECHANICAL, INC., demands judgment dismissing the defendants' cross-claims against it, together with the costs and disbursements of this action, with such other, further and different relief as this Court may deem just and proper.

Dated: New York, New York
         April 9, 2008

By: Gary P. Asher (GPA 1188)
COHEN, KUHN & ASSOCIATES
Attorneys for Defendant
MW MECHANICAL, INC.
Two Park Avenue, 6th Floor
New York, New York 10016
(212) 553-8736

TO:    LAW OFFICES OF MICHAEL J. ASTA
       (MJA 1035)
       Attorneys for Plaintiffs
       JOHN W. BOLSCH and THERESA BOLSCH
       450 Seventh Avenue, Suite 2205
       New York, NY 10123
       (212) 244-6555

       PEREZ & VARVARO
       By: Joseph Varvaro (4224)
       Attorneys for Defendants/Third
       Party Defendants
       HINES INTERESTS LIMITED
       PARTNERSHIP and 140 BW LLC
       333 Earle Ovington Boulevard
       P.O. Box 9372
       Uniondale, NY 11553-3644
       (516) 745-831

## ATTORNEY'S VERIFICATION

STATE OF NEW YORK    )
                        ) SS:
COUNTY OF NEW YORK  )

**GARY P. ASHER**, being duly sworn, deposes and says:

I am an attorney associated with the firm of COHEN, KUHN & ASSOCIATES, the attorneys of record for defendant/third-party plaintiff, MW MECHANICAL, INC., in the within action.

I have read the foregoing **ANSWER TO CROSS-CLAIMS** and know the contents thereof.

The same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.

This verification is made by deponent and not by defendants as defendants do not reside in New York County.

The grounds of deponent's belief as to all matters not stated upon deponent's knowledge are as follows:

*Review of File Contents*

The undersigned affirms that the foregoing statements are true, under the penalties of perjury.

Dated: New York, New York
       April 9, 2008

_____
GARY P. ASHER (GPA 1188)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOHN W. BOLSCH and THERESA
BOLSCH,

                        Plaintiffs,

        - against -

MW MECHANICAL, INC., HINES INTERESTS
LIMITED PARTNERSHIP and 140 BW LLC,

                      Defendants.
------------------------------------------------------------X
MW MECHANICAL, INC.,

              Defendant/Third-Party Plaintiff,

-against-

HINES INTERESTS LIMITED PARTNERSHIP
and 140 BW LLC,

              Third-Party Defendants.
------------------------------------------------------------X

**FRCP RULE 7.1 STATEMENT**

Civil No: 07 CIV 7680 (RPP)

**C O U N S E L O R S :**

     **PLEASE TAKE NOTICE**, that pursuant to the Federal Rules of Civil Procedure

7.1 which enables judges and magistrate judges of the court to evaluate possible

disqualification or refusal, the undersigned counsel for defendant/third-party plaintiff

MW MECHANICAL, INC. certifies the following:

     1.     That there are no parent corporations in connection with this answering

defendant/third-party plaintiff;

     2.     That the answering defendant/third-party plaintiff's stock is not publicly

traded;

3.    That as a consequence there are no publicly held corporations that own 10% or more of its stock.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Federal Rule of Civil Procedure 7.1(b)(1) that any supplemental statement that becomes necessary will be promptly filed.

Dated: New York, New York
       April 9, 2008

By: Gary P. Asher (GPA 1188)
COHEN, KUHN & ASSOCIATES
Attorneys for Defendant
MW MECHANICAL, INC.
Two Park Avenue, 6th Floor
New York, New York 10016
(212) 553-8736

TO:    LAW OFFICES OF MICHAEL J. ASTA
       (MJA 1035)
       Attorneys for Plaintiffs
       JOHN W. BOLSCH and THERESA BOLSCH
       450 Seventh Avenue, Suite 2205
       New York, NY 10123
       (212) 244-6555

       PEREZ & VARVARO
       By: Joseph Varvaro (4224)
       Attorneys for Defendants/Third-
       Party Defendants
       HINES INTERESTS LIMITED
       PARTNERSHIP and 140 BW LLC
       333 Earle Ovington Boulevard
       P.O. Box 9372
       Uniondale, NY 11553-3644
       (516) 745-831

### *AFFIDAVIT OF SERVICE*

STATE OF NEW YORK      )
                       ) SS:
COUNTY OF NEW YORK   )

MARIE SOUFFRANT-SANTIAGO, being duly sworn, deposes and says that she is employed in the law office of COHEN, KUHN & ASSOCIATES at Two Park Avenue, 6th Floor, New York, NY 10016, that on the 14th day of April, 2008, deponent, who is not a party to this action and is over eighteen years of age, served the annexed – ANSWER TO CROSS-CLAIMS - upon:

LAW OFFICES OF MICHAEL J. ASTA -(MJA 1035)
                       Attorneys for Plaintiffs
                       JOHN W. BOLSCH and THERESA BOLSCH
                       450 Seventh Avenue, Suite 2205
                       New York, NY 10123
                       (212) 244-6555

PEREZ & VARVARO       Attorneys for Defendants/Third-Party Defendants
By: Joseph Varvaro (4224)  HINES INTEREST LIMITED PARTNERSHIP,
                       and 140 BW LLC
                       333 Earle Ovington Boulevard
                       P.O. Box 9372
                       Uniondale, NY 11553-3644
                       (516) 745-8310

in this action, by depositing a true copy thereof properly and securely endorsed in a duly postpaid wrapper, in a post-office box in the County of New York, New York regularly maintained by the government of the United States at Two Park Avenue, 6th Floor, New York, NY 10016 and under the care of the New York, New York Post-office, which is the post-office of COHEN, KUHN & ASSOCIATES, attorneys for the defendant/third-party plaintiff, MW MECHANICAL, INC., herein directed to the addresses shown above, that being the addresses within the State designated by said attorneys for that purpose upon the last preceding papers in this action.

_____
MARIE SOUFFRANT-SANTIAGO

Sworn to before me this
14th day of April, 2008

_____
NOTARY PUBLIC

FRANK MONACO
Notary Public, State of New York
No. 01MO5078973
Qualified in Nassau County
Commission Expires June 2, 2009