LAW OFFICES OF
# ASTA & ASSOCIATES, P.C.
450 SEVENTH AVENUE, SUITE 2205
NEW YORK, N.Y. 10123

TELEPHONE: (212) 244-6555
FACSIMILE: (212) 244-4757

www.astalaw.com
email: astalaw@aol.com

NEW JERSEY
744 BROAD STREET, 16TH FL.
NEWARK, N.J. 07102
TEL: (973) 735-0549
FAX: (973) 735-0558

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08

July 29, 2008



Hon. Robert P. Patterson, Jr., U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

**MEMO ENDORSED**

Re: Bolsch v. MW Mechanical. Inc. v. Hines and 140 BW
07 CV 7680 (RPP)

Dear Judge Patterson:

Kindly accept this correspondence as a formal request to modify the March 17, 2008 scheduling order in the above-captioned matter and, if appropriate, permission to file a motion to compel discovery responses. At this time, there is extensive discovery outstanding from the Defendants. Defendants Hines and 140 BW have failed to fully respond to Plaintiffs' interrogatories and document demands. Moreover, the Defendants have not been deposed although their testimony is now scheduled for August 11, 2008.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

MICHAEL J. ASTA

MJA

SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED

*[Handwritten endorsement:]* Application granted. This Court does not require permission to file any motion. Defendants are to supply any outstanding documents & answers to interrogatories by 8/7/08. So ordered.
Robt P Patterson Jr
USDJ
8/4/08

Case:      Bolsch v. MW Mechanical, Inc. v. Hines and 140 BW
Index No.  07 Civ. 7680 (RPP)

**MEMO ENDORSEMENT READS:**

*Application granted.*

*This Court does not require permission to file any motions. Defendants are to supply any outstanding documents or answers to interrogatories by 8/7/08.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 8/4/08*